## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Bell Bank,

               Plaintiff-Counter

Defendant,

v.

Mahendra Nath,

               Defendant-Counter

Claimant.

No. 25-cv-4479 (ECT/DLM)

**ORDER**

Pending before the Court is Plaintiff's Motion to Stay Discovery. (Docs. 18 (Motion), 20 (Memorandum in Support).) The impetus for Plaintiff's motion is its also-pending Motion for Judgment on the Pleadings and Motion to Dismiss (Doc. 13); Plaintiff believes that moving forward now would result in inefficiencies (Doc. 20 at 5-7). In Plaintiff's related Meet and Confer statement, Plaintiff's counsel asserted that "the parties do not agree on the resolution of any part" of the stay motion. (Doc. 21.) Accordingly, this Court set a briefing schedule permitting Defendant to respond to Plaintiff's stay motion no later than May 21, 2026. (Doc. 24.)

Defendant did not file a response to Plaintiff's motion to stay. However, it has filed its own Motion to Dismiss. (Docs. 26 (Motion), 29 (Memorandum in Support).) In that motion, Defendants ask the Court to either dismiss this action entirely or stay the matter pending resolution of a related state-court proceeding. (Doc. 29.) That motion will be heard the same day as Plaintiff's Motion for Judgment on the Pleadings and Motion to Dismiss—

1

June 29, 2026. (Docs. 17, 27.) As with Plaintiff's motion to stay, Defendant filed a Meet and Confer statement indicating the parties "were unable to reach an agreement resolving this motion." (Doc. 28.)

While the parties may have some disagreements about the contours of their pending motions to stay, there appears to be alignment on one thing: each side apparently (and despite Meet and Confer statements to the contrary) thinks that at least some aspects of this matter should be stayed. That is the relief they ask of the Court in their respective filings. And it is clear to the Court that a temporary stay of discovery pending outcome of the parties' dueling dispositive motions is appropriate. Accordingly, Plaintiff's Motion to Stay Discovery (Doc. 18) is **GRANTED**.

**SO ORDERED.**

DATED: May 22, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

2